UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-CR-00004-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 67]** |
| FREDERICK W. BERGER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 67 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, 2d day of September, 2020.

_____
RICHARD E. MYERS II
United States District Judge